```
MICHEAL TRINELL DIXON       INTERNAL REVENUE SERVI     US ATTORNEY GENERAL
821 REUNION PLACE CIR       CENTRALIZED INSOLVENCY     US DEPT OF JUSTICE
BILOXI, MS 39532            P.O. BOX 7346              950 PENNSYLVANIA AVENW
                            PHILADELPHIA, PA 19101-7346 WASHINGTON, DC 20530-0001


THOMAS C. ROLLINS, JR.      INTERNAL REVENUE SERVI
THE ROLLINS LAW FIRM, PLLC  C/O US ATTORNEY
P.O. BOX 13767              501 EAST COURT ST
JACKSON, MS 39236           STE 4.430
                            JACKSON, MS 39201


AMERICAN CORADIUS           KLARNA
2420 SWEET HOME RD          PO BOX 8116
STE 150                     COLUMBUS, OH 43201
BUFFALO, NY 14228-2246



AMERICU CREDIT UNION        MS DEPT OF REVENUE
ATTN: BANKRUPTCY            BANKRUPTCY SECTION
1916 BLACK RIVER BLVD       PO BOX 22808
ROME, NY 13440              JACKSON, MS 39225-2808



AMEX                        ONEPAY
BANKRUPTCY                  PO BOX 513717
PO BOX 981535               LOS ANGELES, CA 90051
EL PASO, TX 79998



CAPITAL ONE                 PAYPAL
ATTN: BANKRUPTCY            P.O. BOX 105658
PO BOX 30285                ATLANTA, GA 30348-5658
SALT LAKE CITY, UT 84130



CHASE CARD SERVICES         REGIONS BANK
ATTN: BANKRUPTCY            ATTN: BANKRUPTCY
PO BOX 15299                2050 PARKWAY OFFICE CR
WILMINGTON, DE 19850        6TH FLOOR
                            BIRMINGHAM, AL 35244


DISCOVER FINANCIAL          SERVICE CREDIT UNION
ATTN: BANKRUPTCY            ATTN: BANKRUPTCY
PO BOX 30943                3003 LAFAYETTE ROAD
SALT LAKE CITY, UT 84130    PORTSMOUTH, NH 03801



FREEDOM MORTGAGE CORP       TRAJECTOR MEDICAL
ATTN: BANKRUPTCY            5950 NW 1ST PL
951 YAMATO ROAD             STE 200
SUITE 175                   GAINESVILLE, FL 32607
BOCA RATON, FL 33431
```