# Proceeding Minutes / Proceeding Memo

**Case #:** 26-50143          **Case Name:** Micheal Trinell Dixon

**Set:** 04/02/2026 10:00 am   **Chapter:** 13   **Type:** bk     **Judge** Katharine M. Samson

**matter**  Confirmation Hearing

---

Minute Entry Re: (related document(s): [9] Confirmation Hearing) No objections filed. Confirmation hearing removed. (mcc)