United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                              Case No. 26-50143-KMS

Micheal Trinell Dixon                                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                      User: mssbad                              Page 1 of 3
Date Rcvd: Mar 27, 2026                   Form ID: n031                             Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

^               Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#               Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable,
                the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Micheal Trinell Dixon, 821 Reunion Place Cir, Biloxi, MS 39532-4683 |
| 5631701 | | Jefferson Capital Systems LLC, PO Box 7999 St. Cloud MN 56302-9617 |
| 5617336 | #+ | Trajector Medical, 5950 NW 1st PL, Ste 200, Gainesville, FL 32607-6065 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5617322 | | Email/Text: bk@americu.org | Mar 27 2026 19:56:00 | AmeriCU Credit Union, Attn: Bankruptcy, 1916 Black River Blvd, Rome, NY 13440 |
| 5623859 | + | Email/Text: BKRMailOps@weltman.com | Mar 27 2026 19:56:00 | AMERICU CREDIT UNION, c/o Weltman, Weinberg and Reis Co., LPA, 5990 WEST CREEK RD, SUITE 200, INDEPENDENCE, OH 44131-2191 |
| 5617321 | ^ | MEBN | Mar 27 2026 19:51:32 | American Coradius, 2420 Sweet Home Rd, Ste 150, Buffalo, NY 14228-2244 |
| 5631582 | | Email/PDF: bncnotices@becket-lee.com | Mar 27 2026 20:01:06 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5617323 | + | Email/PDF: bncnotices@becket-lee.com | Mar 27 2026 20:11:17 | Amex, Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 5617324 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 27 2026 20:01:01 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5617325 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 27 2026 20:01:01 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 5617326 | | Email/Text: mrdiscen@discover.com | Mar 27 2026 19:56:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 5617327 | + | Email/Text: Bankruptcy@Freedommortgage.com | Mar 27 2026 19:56:00 | Freedom Mortgage Corp, Attn: Bankruptcy, 951 Yamato Road, Suite 175, Boca Raton, FL 33431-4444 |
| 5640322 | + | Email/Text: Bankruptcy@Freedommortgage.com | Mar 27 2026 19:56:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 EXIT 5 PKWY BLDG 4, Fishers IN 46037-8022 |
| 5617329 | + | Email/Text: ebone.woods@usdoj.gov | Mar 27 2026 19:56:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5617328 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 27 2026 19:56:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5627331 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 27 2026 19:56:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank |

District/off: 0538-6 | User: mssbad | Page 2 of 3

Date Rcvd: Mar 27, 2026 | Form ID: n031 | Total Noticed: 25

|  |  |  | USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
|---|---|---|---|
| 5617330 | Email/Text: customerservice.us@klarna.com | Mar 27 2026 19:56:00 | Klarna, PO Box 8116, Columbus, OH 43201 |
| 5617331 | Email/Text: BANKRUPTCY@DOR.MS.GOV | Mar 27 2026 19:56:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5619389 | Email/Text: BANKRUPTCY@DOR.MS.GOV | Mar 27 2026 19:56:00 | Mississippi Department of Revenue, Bankruptcy Section, P.O. Box 22808, Jackson, MS 39225-2808 |
| 5617332 | + Email/Text: bankruptcy-incoming-mails@one.app | Mar 27 2026 19:56:00 | Onepay, Po Box 513717, Los Angeles, CA 90051-3717 |
| 5617333 | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2026 20:01:00 | Paypal, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 5619881 | + Email/Text: newbk@Regions.com | Mar 27 2026 19:56:00 | Regions Bank, PO Box 10063, Birmingham, AL 35202-0063 |
| 5617334 | + Email/Text: newbk@Regions.com | Mar 27 2026 19:56:00 | Regions Bank, Attn: Bankruptcy, 2050 Parkway Office Cr, 6th Floor, Birmingham, AL 35244-1805 |
| 5617335 | ^ MEBN | Mar 27 2026 19:51:46 | Service Credit Union, Attn: Bankruptcy, 3003 Lafayette Road, Portsmouth, NH 03801-5904 |
| 5617337 | ^ MEBN | Mar 27 2026 19:51:33 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5631583 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5631604 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5627332 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Micheal Trinell Dixon trollins@therollinsfirm.com |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Mar 27, 2026 | Form ID: n031 | Total Noticed: 25 |

jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.

wcuntzcourt@gport13.com  waccourt1@gmail.com

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 26−50143−KMS
**Chapter:** 13

**In re:**

Micheal Trinell Dixon
821 Reunion Place Cir
Biloxi, MS 39532

### Notice of Entry of Order Confirming Plan

The Court entered an Order on March 27, 2026 (Dkt. # 17 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

<u>Jackson Office:</u>

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

<u>Gulfport Office:</u>

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: March 27, 2026                    Danny L. Miller, Clerk of Court