

SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: August 3, 2026

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Micheal Trinell Dixon, Debtor
                                               Case No. 26-50143-KMS
                                                             CHAPTER 13

### AGREED ORDER ALLOWING CLAIM #14-1 FILED BY SERVICE FEDERAL CREDIT UNION

THIS MATTER came before the Court upon the Chapter 13 Trustee's Objection to Claim No. 14-1 filed by Service Federal Credit Union (Dk# 21), and Debtor's Counsel's Response (Dk # 22). Having considered the agreement of the parties, the Court finds that the Objection to Claim should be denied and the proof of claim allowed.

IT IS THEREFORE ORDERED that Claim No. 14-1 shall be, and hereby is allowed in this Chapter 13 case. The Chapter 13 Trustee is authorized to administer and pay Claim No. 14-1 in accordance with the terms of the confirmed Chapter 13 Plan (Dkt. 17).

##END OF ORDER##

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR

AGREED BY:

Phillip Brent Dunnaway, Esq.
Attorney for Chapter 13 Trustee