United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                      Case No. 26-50143-KMS

Micheal Trinell Dixon                                                          Chapter 13

　　　Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 03, 2026 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol         Definition**

+                     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Micheal Trinell Dixon, 821 Reunion Place Cir, Biloxi, MS 39532-4683 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5665565 | Email/Text: resolutionrecovery@servicecu.org | Aug 03 2026 19:57:00 | Service Federal Credit Union, PO Box 1268, Portsmouth NH 03801 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2026                              Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Micheal Trinell Dixon trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

District/off: 0538-6

Date Rcvd: Aug 03, 2026

TOTAL: 3

User: mssbad

Form ID: pdf012

Page 2 of 2

Total Noticed: 2



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 3, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:** Micheal Trinell Dixon, Debtor

**Case No. 26-50143-KMS**
**CHAPTER 13**

## AGREED ORDER ALLOWING CLAIM #14-1 FILED BY SERVICE FEDERAL CREDIT UNION

THIS MATTER came before the Court upon the Chapter 13 Trustee's Objection to Claim No. 14-1 filed by Service Federal Credit Union (Dk# 21), and Debtor's Counsel's Response (Dk # 22). Having considered the agreement of the parties, the Court finds that the Objection to Claim should be denied and the proof of claim allowed.

IT IS THEREFORE ORDERED that Claim No. 14-1 shall be, and hereby is allowed in this Chapter 13 case. The Chapter 13 Trustee is authorized to administer and pay Claim No. 14-1 in accordance with the terms of the confirmed Chapter 13 Plan (Dkt. 17).

##END OF ORDER##

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR

AGREED BY:

Phillip Brent Dunnaway, Esq.
Attorney for Chapter 13 Trustee